IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| AMERICAN PETROLEUM INSTITUTE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:09-1195 |
| | ) | Judge Trauger |
| KEN GIVENS, in his official capacity as | ) | |
| Commissioner of Agriculture of the State of | ) | |
| Tennessee, | ) | |
| | ) | |
| Defendant. | ) | |

### **O R D E R**

The Joint Status Report And Proposed Schedule (Docket No. 28) filed by the parties is **ACCEPTED** by the court. By separate order, this case is being set for a bench trial.

It is so **ORDERED**.

ENTER this 12th day of October 2010.

_____
ALETA A. TRAUGER
U.S. District Judge