IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| AMERICAN PETROLEUM INSTITUTE | ) | |
| | ) | |
| v. | ) | No. 3:09-1195 |
| | ) | |
| KEN GIVENS, in his official capacity as Commissioner of Agriculture of the State of Tennessee | ) ) ) | |

**O R D E R**

By order entered March 25, 2011 (Docket Entry No. 35), the deadline for filing any motion for summary judgment was extended to August 19, 2011. No dispositive motion has been filed in this case.

Counsel for the parties shall convene a telephone conference call with the Magistrate Judge on **Wednesday, August 31, 2011, at 11:00 a.m.**, to be initiated by counsel for the plaintiff, to address whether Julius Johnson should be substituted for Ken Givens as the defendant in accord with Rule 25(d) of the Federal Rules of Civil Procedure, the potential for settlement, propriety of ADR, and any other matters to be addressed by the Magistrate Judge prior to the December 9, 2011, pretrial conference and December 13, 2011, trial.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge